The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRON PASHA, INC., <br><br>              Plaintiff, <br><br> v. <br><br> SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO., LTD., et al., <br><br>              Defendants | Case No. C12-0621JLR <br><br> VERIFIED ANSWER OF GARNISHEE HAINAN AIRLINES COMPANY LIMITED TO "SECOND AMENDED PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT" |

Garnishee Hainan Airlines Company Limited ("Garnishee") believes and asserts that it has in its hands in this jurisdiction no debts, credits or effects of any of the Defendants. Garnishee anticipates filing a motion challenging the Second Amended Process of Maritime Attachment and Garnishment, as contemplated by the Court's Order of May 23, 2013. Garnishee believes and asserts that Plaintiff has proceeded as to Garnishee in this matter without sufficient process, without sufficient service of process, without subject matter jurisdiction and in an improper forum, and that directions affecting Garnishee were obtained improperly and in violation of due process. Garnishee reserves all other defenses and claims it may have in this matter.

GARNISHEE'S ANSWER TO MARITIME PROCESS (C12-0621 JLR) — 1

Baetz/Lamka/Clark LLP
1500 Two Union Square, 601 Union Street
Seattle, Washington 98101-1374
Phone (206) 973-1610

1  DATED this 25 day of June, 2013.

BAETZ / LAMKA / CLARK LLP
1500 Two Union Square
601 Union Street
Seattle, Wa. 98101
206 973-1610

Attorneys for Hainan Airlines Company Limited

By /s/ Hall Baetz
       WSBA #456

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 25, June 2013.

_____
Xu Zhoujin, Chief Financial Officer
Hainan Airlines Company Limited

GARNISHEE'S ANSWER TO MARITIME PROCESS (C12-0621 JLR) — 2